X FILED ___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

February 17, 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL ) **MINUTES OF COURT**
REPORTS OF THE REGULAR GRAND JURY )
THE  January 7, 2015   TERM 15-01. ) DATE: February 17, 2016,
_____ ) at 4:40 p.m.

PRESENT: The Honorable        CAM FERENBACH        , United States Magistrate Judge
DEPUTY CLERK:   Jerry Ries                                          REPORTER:  Bonnie Terry
ASSISTANT UNITED STATES ATTORNEY:  Nicholas Dickinson    COURTROOM:  3D

PROCEEDINGS:

Roll call of the Regular Grand Jury is taken with **22** members present which constitutes a quorum. The foreman/forewoman of the Grand Jury presented its partial report and indictments.
On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **-0-** sealed indictments.
On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| **2:16-cr-46** | **CLIVEN D. BUNDY** | |
| **2:16-mj-127-PAL (Defendant-1)** | **RYAN C. BUNDY** | **WARRANT - WRIT** |
| | **AMMON E. BUNDY** | **WARRANT - WRIT** |
| | **RYAN W. PAYNE** | **WARRANT - WRIT** |
| | **PETER T. SANTILLI, JR.** | **WARRANT- WRIT** |
| **2:16-cr-47** | **XZAVIONE TAYLOR** | **WARRANT** |
| | Aka Xzaevione Taylor | **WRIT-STATE CUSTODY-CCDC** |
| **2:16-cr-48** | **OMAR IVORY HOLDEN** | **WARRANT** |
| | | **WRIT-STATE CUSTODY-CCDC** |
| **2:16-cr-49** | **NICO ZAVALETA-AVILA** | **WARRANT** |
| | Aka Nico Zaualeta-Avila | |

**IT IS ORDERED** the Initial Appearance and Arraignment and Plea as to **2:16-cr-46 (Ryan C. Bundy, Ammon E. Bundy, Ryan W. Payne and Peter T. Santilli, Jr.),** will be held on Thursday, March 17, 2016, at 3:00 p.m., in Courtroom 3A, before Magistrate Judge George Foley, Jr.

**IT IS FURTHER ORDERED** the Initial Appearance and Arraignment and Plea as to **2:16-cr-47 and 2:16-cr-48**, will be held on Wednesday, February 24, 2016, at 3:00 p.m., in Courtroom 3C, before Magistrate Judge Nancy J. Koppe.

The Arraignment and Plea as to the remaining case will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

By  /s/ Jerry Ries
       Deputy Clerk