1  DANIEL G. BOGDEN
   United States Attorney
2  STEVEN W. MYHRE
   NICHOLAS D. DICKINSON
3  Assistant United States Attorneys
   NADIA J. AHMED
4  ERIN M. CREEGAN
   Special Assistant United States Attorneys
   333 Las Vegas Blvd. South, Suite 5000
5  Las Vegas, Nevada 89101
   PHONE: (702) 388-6336
6  FAX: (702) 388-6698

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:16-CR-00046-GMN-PAL |
| Plaintiff, | ) |
| | ) **GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING CRIMINAL INDICTMENT AND ARREST WARRANTS** |
| v. | ) |
| CLIVEN D. BUNDY, | ) |
| RYAN C. BUNDY, | ) |
| AMMON E. BUNDY, | ) |
| RYAN W. PAYNE, | ) |
| PETER T. SANTILLI, Jr., | ) |
| MELVIN D. BUNDY, | ) |
| DAVID H. BUNDY, | ) |
| BRIAN D. CAVALIER, | ) |
| BLAINE COOPER, | ) |
| GERALD A. DELEMUS, | ) |
| ERIC J. PARKER, | ) |
| O. SCOTT DREXLER, | ) |
| RICHARD R. LOVELIEN, | ) |
| STEVEN A. STEWART, | ) |
| TODD C. ENGEL, | ) |
| GREGORY P. BURLESON, | ) |
| JOSEPH D. O'SHAUGHNESSY, | ) |
| MICAH L. McGUIRE, and | ) |
| JASON D. WOODS, | ) |
| | ) |
| Defendants. | ) |

THE UNITED STATES OF AMERICA, by and through the undersigned, hereby moves the Court to unseal the Superseding Indictment and all arrest warrants issued therefrom in Case Number 2:16-CR-00046-GMN-PAL.

All arrest warrants for those defendants not previously in custody have been executed in this case. Accordingly, the government respectfully requests that the Superseding Criminal Indictment and all arrest warrants previously sealed in this matter, be unsealed.

A proposed Order is attached for the Court's convenience.

DATED this 3rd day of March, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

STEVEN W. MYHRE
First Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

2016 MAR -3 P 1: 26

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY,<br>RYAN W. PAYNE,<br>PETER T. SANTILLI, Jr.,<br>MELVIN D. BUNDY,<br>DAVID H. BUNDY,<br>BRIAN D. CAVALIER,<br>BLAINE COOPER,<br>GERALD A. DELEMUS,<br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICHARD R. LOVELIEN,<br>STEVEN A. STEWART,<br>TODD C. ENGEL,<br>GREGORY P. BURLESON,<br>JOSEPH D. O'SHAUGHNESSY,<br>MICAH L. McGUIRE, and<br>JASON D. WOODS,<br><br>Defendants. | 2:16-CR-00046-GMN-PAL<br><br>**ORDER UNSEALING SUPERSEDING CRIMINAL INDICTMENT AND ALL ARREST WARRANTS** |

This matter coming on the government's Motion to Unseal Superseding Criminal Indictment and Arrest Warrants, the premises therein having been considered, and good cause showing, the Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that the Superseding Criminal Indictment and all Arrest Warrants issued therefrom, shall be, and are, unsealed.

**DATED** this 3rd day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE