DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

```
                 FILED        _____ RECEIVED
                 ENTERED      _____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

                     MAR 2 4 2016

                 CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
         BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-CR-00046-GMN-PAL |
| Plaintiff, | ) |
| v. | ) **ORDER UNSEALING WRITS AND RELATED APPLICATIONS AND MINUTE ORDERS** |
| CLIVEN D. BUNDY, RYAN C. BUNDY, AMMON E. BUNDY, RYAN W. PAYNE, PETER T. SANTILLI, Jr., MELVIN D. BUNDY, DAVID H. BUNDY, BRIAN D. CAVALIER, BLAINE COOPER, GERALD A. DELEMUS, ERIC J. PARKER, O. SCOTT DREXLER, RICHARD R. LOVELIEN, STEVEN A. STEWART, TODD C. ENGEL, GREGORY P. BURLESON, JOSEPH D. O'SHAUGHNESSY, MICAH L. McGUIRE, and JASON D. WOODS, | ) |
| Defendants. | ) |

This matter coming on the Government's Motion to Unseal any and all Writs Habeas Corpus *ad Prosequendum*, and related applications and Minute Orders, the premises therein having been considered, and good cause showing, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that any and all Writs Habeas Corpus *ad Prosequendum* and related applications and Minute Orders, located at docket numbers 47 through 58, shall be, and are, unsealed.

DATED this 23rd day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE