UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CLIVEN BUNDY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mots. for Joinder – Dkt. ##300, 305) |

This matter is before the Court on Defendants Ammon E. Bundy and Peter T. Santilli, Jr.'s Motions for Joinder (Dkt. ##300, 305) to Defendant Ryan W. Payne's Motion to Dismiss (Dkt. #291). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. The Government filed Responses (Dkt. ##385, 386) opposing these Motions, but incorporating its Response (Dkt. #383) to Payne's Motion to Dismiss on the merits of the motion and joinders to the motion. Defendant Santilli filed a Reply (Dkt. #396). To avoid serial motions on the same matter, the court will grant the requests to join in Payne's Motion to Dismiss.

Accordingly,

**IT IS ORDERED:** Defendants Ammon E. Bundy and Peter T. Santilli, Jr.'s Motions for Joinder (Dkt. ##300, 305) are GRANTED. The Government shall not be required to file separate responses to the joinders, and its Response (Dkt. #383) to Payne's Motion to Dismiss shall serve as its responses to the Defendants granted leave to join.

Dated this 12th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1