1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7   UNITED STATES OF AMERICA,                    Case No. 2:16-cr-00046-GMN-PAL

8                               Plaintiff,
        v.                                                    **ORDER**
9
    CLIVEN BUNDY, et al.,                        (Mots. for Joinder – Dkt. ##335, 337,
10                                                        340, 342, 343, 344)
                               Defendants.
11

12          This matter is before the Court on Defendants Melvin D. Bundy, Jason D. Woods, Joseph

13   D. O'Shaughnessy, Eric J. Parker, Blaine Cooper, and Ammon E. Bundy's Motions for Joinder

14   (Dkt. ##335, 337, 340, 342, 343, 344) to Defendant Ryan W. Payne's Memorandum Opposing

15   Entry of Protective Order (Dkt. #331).  These Motions are referred to the undersigned pursuant

16   to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. To avoid

17   serial motions on the same matters, the court will grant the requests to join.  The government

18   need not file separate responses or replies to joinders unless the joinders raise new or different

19   arguments than the motion in which the request to join is granted.

20          Accordingly,

21          **IT IS ORDERED:** Defendants Melvin D. Bundy, Jason D. Woods, Joseph D.

22   O'Shaughnessy, Eric J. Parker, Blaine Cooper, and Ammon E. Bundy's Motions for Joinder

23   (Dkt. ##335, 337, 340, 342, 343, 344) are GRANTED.

24          Dated this 12th day of May, 2016.

25

26   _____
     PEGGY A. LEEN
27   UNITED STATES MAGISTRATE JUDGE

28

                                            1