UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br>CLIVEN BUNDY, et al.,<br>                              Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mot. for Joinder – Dkt. ##400, 444) |

      This matter is before the Court on Defendants Ammon E. Bundy and O. Scott Drexler's Motion for Joinder (Dkt. ##400, 444) to Defendant Ryan W. Payne's Opposition (Dkt. #398) to the Government's Motion for Protective Order (Dkt. #354). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. To avoid serial motions on the same matter, the Court finds good cause to grant these requests to join in Payne's Opposition. The Government need not file separate responses unless it determines that the joinders raise new or different arguments than Payne's Opposition.

      **IT IS ORDERED:** Defendants Ammon E. Bundy and O. Scott Drexler's Motion for Joinder (Dkt. ##400, 444) are GRANTED. The Government shall not be required to file separate responses to the joinders.

      Dated this 27th day of May, 2016.

                                                                                     PEGGY A. LEEN
                                                                                    UNITED STATES MAGISTRATE JUDGE