UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>RYAN W. PAYNE,<br><br>Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER<br><br>(Emg Mot for Hrng – ECF No. 560)<br>(Mot for Joinders – ECF Nos. 582, 584) |

Before the court is Defendant Ryan W. Payne's Emergency Motion for Hearing on Status of Pending Matters (ECF Nos. 291, 331, 442) (ECF No. 560). The court has reviewed the Emergency Motion, Ammon E. Bundy's Joinder (ECF No. 582), and Joseph D. O'Shaughnessy's Joinder (ECF No. 584).

The court has entered a Report and Recommendation on the motion to dismiss (ECF No. 291), and an order deciding the motion to compel (ECF No 442), and is in the process of finalizing an order regarding the government's motion for a protective order which Payne's memorandum (ECF No. 331) addresses. Oral argument is not needed, and the court will decide pending motions on the parties' moving and responsive papers. Accordingly,

**IT IS ORDERED,** the requests for joinders (ECF Nos. 582 & 584) are **GRANTED**. The Emergency Motion for Hearing on Status of Pending Matters (ECF No. 560) is **DENIED**.

DATED this 11th day of July, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE