DANIEL J. HILL, ESQ.
NV Bar # 12773
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN LLP
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Tel:  (702) 341-5200
Fax:  (702) 341-5300
DHill@wrslawyers.com
*Attorney for Defendant Ammon E. Bundy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMMON E. BUNDY, *et al.*,<br><br>Defendants. | **CASE NO.: 2:16-cr-00046-GMN-PAL**<br><br>**DEFENDANT AMMON E. BUNDY'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINES**<br><br>**Expedited relief requested** |

This is Defendant Ammon E. Bundy's ("Ammon") UNOPPOSED MOTION to continue the pretrial motions deadlines. The Court's case management order (ECF No. 321) set a deadline of October 3, 2016 to file Rule 12 pretrial motions, a deadline of November 2, 2016 to file any responses, and a deadline of November 9, 2016, or seven days after the response, whichever is earlier, to file any replies. Ammon now moves the Court for a seven-day extension of these deadlines. On September 29, 2016, undersigned counsel conferred with the government's counsel, who does not oppose this motion.

For the last month, Ammon has been in jury selection and trial for his Oregon charges (District of Oregon Case. No. 3:16-cr-51-BR). Over the past week, he has prepared for taking the stand in the Oregon trial, and, it is undersigned counsel's understanding, has been scheduled to take the stand on the date of this motion. Accordingly, undersigned counsel has not had an opportunity to discuss updates from the ongoing discovery review or the pretrial motions in this case with Ammon for the

past month. Therefore, Ammon respectfully requests a one-week extension of the Court's pretrial motions deadlines as follows:

Proposed deadline to file any Rule 12 pretrial motions: October 10, 2016

Proposed deadline to file any responses: November 9, 2016

Proposed deadline to file any replies: November 16, 2016, or seven days after the response, whichever is earlier.

Respectfully submitted this 29th day of September 2016.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: */s/ Daniel J. Hill*
DANIEL HILL, ESQ.
Nevada Bar No. 12773
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
*Attorney for Defendant Ammon E. Bundy*

## **ORDER**

Good cause appearing, and because the government does not oppose the request,

IT IS HEREBY ORDERED that Defendant Ammon Bundy's Unopposed Motion to Continue the Pretrial Motions Deadline is GRANTED. The last day for Ammon Bundy to file any Rule 12 pretrial motions shall be October 10, 2016. The last day for the government to file any responses shall be November 9, 2016. The last day for Ammon Bundy to file any replies shall be November 16, 2016, or seven days after the government's response, whichever is earlier.

Dated this 30th day of September, 2016

HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2016, a true and correct copy of **DEFENDANT AMMON E. BUNDY'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINES** was served via the United States District Court CM/ECF system on all parties or persons requiring notice

By  */s/ Jennifer Finley*
Jennifer Finley, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP