1   DANIEL J. HILL, ESQ.
    NV Bar # 12773
2   WOLF, RIFKIN, SHAPIRO,
    SCHULMAN & RABKIN LLP
3   3556 East Russell Road, 2nd Floor
4   Las Vegas, Nevada 89120
    Tel:   (702) 341-5200
5   Fax:   (702) 341-5300
    DHill@wrslawyers.com
6   *Attorney for Defendant Ammon E. Bundy*

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | **CASE NO.: 2:16-cr-00046-GMN-PAL** |
| 12        Plaintiff, | **STIPULATION TO EXTEND** |
| 13    vs. | **DEADLINE FOR DEFENDANT AMMON BUNDY'S REPLY IN** |
| 14 AMMON E. BUNDY, *et al.*, | **SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR** |
| 15        Defendants. | **DESTRUCTION OF EVIDENCE (ECF No. 833)** |

16

17         This is Defendant Ammon Bundy's ("Ammon") and the United States' stipulation to extend the

18  deadline for Ammon to file his reply in support of his motion to dismiss the indictment for destruction

19  of evidence (ECF No. 833). The motion was filed on October 10, 2016. The government filed its

20  response (ECF No. 948) on November 9, 2016. The current due date is November 16, 2016. The

21  parties now agree that Ammon shall have up to and including November 22, 2016 to file his reply.

22         Although undersigned counsel has been actively working on the reply, Ammon only recently

23  arrived in the District, and counsel has been unable to review all of the discovery necessary to

24  complete the reply. Counsel is actively working to free his calendar as trial approaches, and does not

25  anticipate any further delays.

26  //

27  //

28  //

1   This request for an extension is made in good faith and not for the purpose of delay.  Therefore,

2   Ammon respectfully requests, and the government agrees, that the reply deadline be extended to

3   November 22, 2016.

4

5   DATED this 16th day of November 2016.                DATED this 16th day of November 2016.

6   WOLF, RIFKIN, SHAPIRO,                               UNITED STATES ATTORNEY
    SCHULMAN & RABKIN, LLP.

7

8   By: /s/ Daniel J. Hill                               By: /s/ Nicholas D. Dickinson, Esq.

9   DANIEL J. HILL, ESQ.                                 NICHOLAS D. DICKINSON, ESQ.
    Nevada Bar No. 12773                                 Nevada Bar No.
10  3556 E. Russell Road, Second Floor                   501 Las Vegas Blvd., South Suite 1100
    Las Vegas, Nevada 89120                              Las Vegas, Nevada 89101
11  *Attorney for Defendant Ammon E. Bundy*              *Attorneys for the United States of America*

12

13
                                          **ORDER**
14
     IT IS SO ORDERED.
15

16
      November 17, 2016
17  _____        _____

    DATED                                    UNITED STATES DISTRICT JUDGE/
18                                           UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28