UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Ext Time – ECF No. 1002) |
| RYAN W. PAYNE, | |
| Defendant. | |

Before the court is Defendant Ryan W. Payne's Motion for Extension of Time to File Response to Government's Motion to Sever (ECF No. 971). The court has reviewed the motion and the Motions for Joinders (ECF Nos. 1006, 1012, 1020, 1024, 1028). Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Defendant Ryan W. Payne's Motion for Extension of Time to File Response to Government's Motion to Sever (ECF No. 971) is **DENIED**.

2. The Motions for Joinder (ECF Nos. 1006, 1012, 1020, 1024, 1028) are **GRANTED**.

DATED this 28th day of November, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE