**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLIVEN D. BUNDY *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-CR-00046-GMN-PAL<br><br>**PROTECTIVE ORDER** |

This matter coming before the Court on the government's *in camera, ex parte* submission for a Protective Order regarding the non-public, unredacted OIG Investigative Report of December 28, 2016 ("Non-public OIG Report"), the premises therein having been considered, and good cause showing, it is hereby **ORDERED** as follows:

　　1.　The Non-public OIG Report and Attachments 18 and 48 to that Report shall be treated as confidential documents under the terms of the standing Protective Order entered in this case (ECF 609).

　　2.　Counsel for defendants Parker, Stewart, Drexler, Lovelien, and Burleson, and standby counsel for defendant Engel, may review Attachments 18 and 48 to the Non-public OIG Report in the United States Attorney's Office for the District of Nevada, at a date and time mutually convenient for, and agreed upon by, all parties.

**IT IS SO ORDERED**.

DATED this  27  of February, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court