```
 1
 2
 3
 4
 5
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff(s),<br><br>vs.<br>CLIVEN D. BUNDY, ET AL.,<br><br>          Defendant(s). | Case #2:16-CR-00046<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

      <u>Jay Morgan Philpot</u>, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

<u>J. Morgan Philpot, Attorney at Law</u>
(firm name)

with offices at <u>1063 East Alpine Drive</u>,
(street address)

<u>Alpine</u>, <u>Utah</u>, <u>84004</u>,
(city)  (state)  (zip code)

<u>(801) 891-4499</u>, <u>morgan@jmphilpot.com</u>.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

<u>Ammon E. Bundy</u> to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1    3.    That since _____05/2008_____, Petitioner has been and presently is a
(date)
2    member in good standing of the bar of the highest Court of the State of _Utah_
(state)
3    where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular
5    possession of the United States in which the applicant has been admitted to practice law certifying
6    the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court of Utah | 02/2008 | 11855 |
| US District Court of Oregon | 05/2016 | 144811 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

My license to practice in Oregon was put on non-disciplinary suspension in 2015 for failure to pay dues. My dues is current and I am a member in good standing before the Oregon bar.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

Petitioner has never been denied admission.

7. That Petitioner is a member of good standing in the following Bar Associations.

Utah State Bar
Oregon State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF Utah )
                )
COUNTY OF Utah )

___Jay Morgan Philpot___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

11th day of January, 2017.

_____
Notary Public or Clerk of Court

[Notary Stamp: JORDAN MICHAEL DUCKETT, NOTARY PUBLIC • STATE OF UTAH, COMMISSION# 690048, COMM. EXP. 07-14-2020]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Daniel Hill___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3556 East Russell Road, Second Floor___,
(street address)

___Las Vegas___, ___Nevada___, ___89120___,
(city)            (state)          (zip code)

___(702) 341-5200___, ___dhill@wrslawyers.com___.
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Daniel Hill_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

AMMON BUNDY, DEFENDANT
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12773                     dhill@wrslawyers.com
Bar number                Email address

APPROVED:

Dated: this __25__ day of __March__, 20_17_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Utah State Bar.

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**Robert O. Rice**
President
Ray Quinney & Nebeker
Salt Lake City

**John R. Lund**
President-elect
Parsons Behle & Latimer
Salt Lake City

**S. Grace Acosta**
Scalley Reading Bates Hansen & Rasmussen
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**H. Dickson Burton**
TraskBritt
Salt Lake City

**Kate A. Conyers**
Salt Lake Legal Defenders Assoc.
Salt Lake City

**Heather M. Farnsworth**
Match & Farnsworth
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Liisa A. Hancock**
Jeffs & Jeffs
Provo

**Michelle Mumford**
Attorney at Law
Salt Lake City

**Herm Olsen**
Hillyard Anderson & Olsen
Logan

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Barney McKenna & Olmstead
St. George

January 17, 2017

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for JAY MORGAN PHILPOT**

This is to certify that **JAY MORGAN PHILPOT**, Utah State Bar **No. 11855**, sat for and successfully passed the Utah State Bar examination and was admitted to practice law in Utah on **February 15, 2008.**

**Mr. Philpot** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



*Serving the public. Working for justice.*



# Oregon State Bar

# Certificate

State of Oregon )
) ss.
County of Washington )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**JAY MORGAN PHILPOT**

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on October 3, 2014.

There is a complaint presently pending against this member. A decision on the merits of this matter has not yet been made.

Mr. Philpot is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 18th day of January, 2017.

_____
Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222  toll-free in Oregon (800) 452-8260  Regulatory Services fax (503) 968-4457   www.osbar.org