DANIEL HILL, ESQ.
NV Bar # 12773
HILL FIRM
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Tel:   (702) 848-5000
Fax:   (702) 442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant Ammon Bundy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMMON E. BUNDY, *et al.*,<br><br>　　　　　Defendants. | CASE NO.: 2:16-cr-00046-GMN-PAL<br><br>**AMMON E. BUNDY'S MOTION FOR JOINDER TO RYAN W. PAYNE'S MOTION FOR RELIEF [ECF NO. 2792]** |

**Certification**: This pleading is timely filed.

This is Defendant Ammon E. Bundy's ("Ammon") Motion for Joinder to Defendant Ryan Payne's ("Payne") motion for relief (ECF No. 2792). For the purposes of the relief sought, Ammon is situated identically to Payne and hereby incorporates the points, authorities, and arguments set forth in Payne's motion (ECF No. 2792). Therefore, Ammon respectfully requests that the Court permit him to join Payne's motion (ECF No 2792).

DATED this 3rd day of November 2017.

**HILL FIRM PLLC**

By: */s/ Daniel Hill*
　　DANIEL HILL, ESQ.
　　NV Bar # 12773
　　HILL FIRM
　　228 S. 4th Street, 3rd Floor
　　Las Vegas, Nevada 89101

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2017, a true and correct copy of **AMMON E. BUNDY'S MOTION FOR JOINDER TO RYAN W. PAYNE'S MOTION FOR RELIEF [ECF NO. 2792]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Dan Hill*
      For HILL FIRM PLLC