UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RYAN W. PAYNE and AMMON E. BUNDY, | (Mots. for Joinder – ECF Nos. 829, 835) |
| Defendants. | |

This matter is before the court on the Defendants Ryan W. Payne and Ammon E. Bundy's Motions for Joinder (ECF Nos. 829, 835) to Defendant Micah McGuire's ("McGuire") Second Motion to Suppress all Evidence Recovered Pursuant to the Warrant Served on Facebook, and Fruits Derived Therefrom (ECF No. 708).[1] These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Defendants Mel Bundy, Joseph D. O'Shaughnessy, and O. Scott Drexler also filed Motions for Joinder (ECF Nos. 817, 818, 877) to McGuire's suppression motion. The court has previously addressed their motions and denied joinder based on a lack of Fourth Amendment standing. *See* Order (ECF No. 1470); Order / Report & Recommendation (ECF No. 1562). For the reasons stated in those rulings, Payne and Ammon Bundy also lack standing to challenge a violation of McGuire's Fourth Amendment rights.

/ / /

/ / /

/ / /

---

[1] On November 14, 2017, Mr. McGuire entered a plea of guilty to Count 2 of the Superseding Indictment (ECF No. 27). *See* Mins. of Proceedings (ECF No. 2857). McGuire therefore withdrew his two pending Motions to Suppress (ECF Nos. 706, 708).

1

Accordingly,

**IT IS ORDERED:** Defendants Ryan W. Payne and Ammon E. Bundy's Motions for Joinder (ECF Nos. 829, 835) are **DENIED**.

Dated this 28th day of November, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE