**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **Case No.2:16-cr-046-GMN-PAL** |
| ) | |
| vs. ) | |
| ) | **ORDER TEMPORARILY** |
| CLIVEN D. BUNDY, et al., ) | **UNSEALING NOTES** |
| Defendants. ) | |

On 11-29-2017, Heather K. Newman, Court Reporter, received a Transcript Order form requesting the transcript of a **Detention and Motion Hearing**, in which a portion of the hearing was sealed, held on 11-13-2017, from Daniel Hill.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Daniel Hill.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this __7__ day of __December__, 2017.

_____
GLORIA M NAVARRO
United States District Judge