# Brief Exhibit No. 8



Whipple, Bret

# US v Bundy et al
1 message

Tue, Nov 7, 2017 at 2:23 PM

Dear Counsel:

This responds to Mr. Whipple's letter of November 3, 2017. The letter contains numerous mischaracterizations and unfounded accusations concerning government misconduct with which we neither agree nor accept. As we represented previously, the government is unaware of any recorded "live stream" video or any surveillance video that has not already been disclosed and produced to you. As you know, the government's disclosures in this case are voluminous and include hundreds of hours of video recordings, including surveillance recordings, most of which have been disclosed to the defendants for more than a year.

Please find attached to this email a 302 and its attached photos regarding an FBI camera placed on public lands on April 6. Also attached is a second 302 regarding an interview of Edward Delmolino.

Sincerely,

Nadia Ahmed

---

**From:** Whipple, Bret
**Sent:** Friday, November 3, 2017 3:56 PM
**To:** Myhre, Steven (USANV)
**Subject:** Letter Requesting Discovery (Cliven Bundy)

Please see attached letter.

--

**Justice Law Center**

Office of Bret Whipple & Associates

1100 S. Tenth Street

Las Vegas, Nevada 89104