# Brief Exhibit

# No. 12

**WildCAD Incident Card - Gold Butte Communication Center:  2014-76**
*"MISSION 18- BUNDY RESIDENCE-OSCAR2/4" Law Enforcement 04/04/2014 16:58:00*

**Initial Location:**

**Dispatcher:** ███████        **Status:** Closed

**Job Codes:**
**Web Comment:**

| Resource | Commit | Respond | On Scene | Avail Inc | Returning | Off Incident |
|----------|--------|---------|----------|-----------|-----------|--------------|
| OSCAR 2 | 04/04 17:34 | | | | | 04/04 19:02 |
| OSCAR 3 | 04/04 17:17 | | | | | 04/04 17:32 |
| OSCAR 4 | 04/04 17:14 | | | | | 04/04 19:02 |

| Entry Date/Time | From | To | Details |
|-----------------|------|-----|---------|
| 04/04/2014 16:59:02 | | | HIGH ELEVATION AREA OF BUNDY RESIDENCE FOR IPOP |
| 04/04/2014 17:01:41 | DTC | LOG | PER OSCAR 3 & 4- DO NOT STATUS CHECK!. THEY WILL HAVE THERE CELL PHONES WITH THEM IF YOU NEED TO MAKE CONTACT |
| 04/04/2014 17:09:00 | OSCAR 4 | DTC | MYSELF AND OSCAR 3 ARE DEPARTING. CAN YOU LET POST 2 KNOW WE WILL BE HEADING OUT HIS WAY |
| 04/04/2014 17:09:09 | DTC | POST 2 | INFORMATION PASSED |

| VOR | ATB | Helibase |
|-----|-----|----------|
| | | |

275039

GB.017509

**WildCAD Incident Card - Gold Butte Communication Center: NV-MISS 2014-96**
*"MISS 20 OP YOU'RE WELCOME SETT O-2 O-4" Law Enforcement 04/05/2014 20:00:00*

**Initial Location:**

**Dispatcher:** ███████   **Status:** Closed   **Sub-Type:** Other Agency Assist (All)

**Job Codes:**
**Web Comment:**

| Resource | Commit | Respond | On Scene | Avail Inc | Returning | Off Incident |
|---|---|---|---|---|---|---|
| OSCAR 2 | 04/05 20:24 | | | | | 04/05 22:37 |
| OSCAR 4 | 04/05 20:24 | | | | | 04/05 22:37 |
| POWER 1 | 04/05 20:22 | | | | | 04/05 22:35 |
| POWER 2 | 04/05 20:23 | | | | | 04/05 22:36 |
| SETT 2 | 04/05 20:22 | | | | | 04/05 22:36 |
| SETT 3 | 04/05 20:23 | | | | | 04/05 22:36 |
| SETT 4 | 04/05 20:22 | | | | | 04/05 22:35 |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/05/2014 20:05:05 | SAM 3 | AKC | TO COMMENCE SHORTLY- SPECIFIC LOCATION 36 43.087 X 114 14.186. |
| 04/05/2014 21:45:48 | | | fob and sett 1 reporting helo in area and w5 states helo out of airport on training run |
| 04/05/2014 21:48:10 | | | sett 1 reporting veh in area of op |
| 04/05/2014 21:48:27 | | | veh in wash |
| 04/05/2014 21:58:02 | | | o2 sett2 moving due to subj out of nearby trailer |
| 04/05/2014 21:58:30 | | RJR | subj has a spotlight and has dog in area |
| 04/05/2014 22:01:16 | | | o3 sett2 has package |
| 04/05/2014 22:33:17 | | | sett 1 reports mission complete att |
| 04/05/2014 22:33:42 | | RJR | all set units back at fob att |
| 04/05/2014 22:34:13 | | RJR | o2 and 4 remaining at dpx |

| VOR | ATB | Helibase |
|---|---|---|
| | | |

MISS 2014-96                    Printed 09/09/2016 15:08                    Page 1

274998

GB.017468

**WildCAD Incident Card - Gold Butte Communication Center: SIGVE 2014-120**
*"miss 27 - sensor relocate - lpop/sett" Law Enforcement 04/07/2014 20:33:00*

**Initial Location:**

**Dispatcher:** ▮▮▮▮▮  **Status:** Closed  **Sub-Type:** INFO

**Job Codes:**
**Web Comment:**

| Resource | Commit | Respond | On Scene | Avail Inc | Returning | Off Incident |
|----------|--------|---------|----------|-----------|-----------|--------------|
| OSCAR 2 | 04/07 20:54 | | | | | 04/07 22:41 |
| OSCAR 4 | 04/07 20:54 | | | | | 04/07 22:41 |
| POWER 1 | 04/07 20:43 | | | | | 04/07 22:41 |
| POWER 2 | 04/07 20:44 | | | | | 04/07 22:41 |
| SETT 1 | 04/07 20:43 | | | | | 04/07 22:41 |
| SETT 2 | 04/07 20:44 | | | | | 04/07 22:41 |
| SETT 3 | 04/07 20:44 | | | | | 04/07 22:41 |
| SETT 4 | 04/07 20:43 | | | | | 04/07 22:41 |

| Entry Date/Time | From | To | Details |
|-----------------|------|-----|---------|
| 04/07/2014 20:38:53 | | | retrieve siesmic sensor near bundy residence on roadway and relocate to more effective location |
| 04/07/2014 20:59:46 | | | mission underway |
| 04/07/2014 22:36:05 | | | mission complete |

| VOR | ATB | Helibase |
|-----|-----|----------|
| | | |

274936

GB.017406