# Brief Exhibit No. 13



**Briefing Map**

Gold Butte
Cattle Trespass Impoundment
2014

Date: 3/26/2014



Area of Interest

Gold Butte
Cattle Trespass Impoundment
2014

Date: 4/22/2014



Route of Egress 4_9_14
Gold Butte
Cattle Trespass Impoundment
2014

GB.007378