# Brief Exhibit No. 26

From: Brenda Weksler [mailto:Brenda_Weksler@fd.org]
Sent: Wednesday, July 5, 2017 3:58 PM
To: Myhre, Steven (USANV) ███████████; Ahmed, Nadia (USANV) <███████████;
Dickinson, Nicholas (USANV) ███████████; Creegan, Erin (NSD) (JMD)
███████@█
Cc: Ryan Norwood <Ryan_Norwood@fd.org>
Subject: Fw: ███████ ███████

I forgot to add that we need all the threat assessments prepared in this case. we have the threat assessment provided last month, but we understand there were threat assessments that took place during the impoundment (by ███████████) and the one that was ultimately prepared by the FBI in DC explaining why they need to stop operations. Lastly, please let us know whether you plan on disclosing information relating to ███████ ███████ and his arrest (as outlined in motion to dismiss by Drexler, Stewart and Parker).

Thanks.

Brenda Weksler
Assistant Federal Public Defender
Trial Training Director
███████████
███████████

From: "Myhre, Steven (USANV)" ███████████
To: Brenda Weksler <Brenda_Weksler@fd.org>, "Ahmed, Nadia (USANV)" ███████████, "Dickinson, Nicholas (USANV)" <███████████>, "Creegan, Erin (NSD) (JMD)" ███████████
Cc: Ryan Norwood <Ryan_Norwood@fd.org>
Date: 07/05/2017 04:24 PM
Subject: RE: ███████████

Hi Brenda:

As to your requests for information related to meetings, threat assessments, and interviews of witnesses, we have made, and will continue to make, all disclosures appropriate by Rule, Statute and the U.S. Constitution. Further, we will make all Jencks disclosures at the appropriate time. To the extent the information you seek does not fall into those categories, we do not intend to make further disclosures. Of the names you have listed below, we intend only to call ███████████ and ███████████ as witnesses in our case and we have made, or will make, all disclosures appropriate as to them. If that changes, we will let you know.

As to the allegations of ███████ ███████ arrest, our position on disclosures will be set out in our responses to the Motions that have been filed. Thank you.

----- Forwarded by Brenda Weksler/NVF/09/FDO on 07/05/2017 03:48 PM -----

From: Brenda Weksler/NVF/09/FDO
To: Steven█████████, Nadia█████████, Nicholas█████████, Erin█████████
Cc: Ryan Norwood/NVF/09/FDO@fdo
Date: 07/05/2017 03:24 PM
Subject: Fwd: Brandon Rapolla 302

Hi,

I'm following up on this request as I have not heard back from you.

In addition, I am trying to resolve informally discovery issues concerning:
--all the different memos or records of conversations for phone calls and meetings on 4/11 and 4/12 including Love, ASAC Stern, Bogden, Gillespie, Lombardo, McMahill, Kornze, Bucheit and Sen Reid (or representative of his office).
--information regarding Burleson's past cooperation with the government.

Please let me know what your position is on these matters.

Thanks.

Brenda Weksler
Assistant Federal Public Defender
Trial Training Director


Begin forwarded message:

From: "Brenda Weksler" <Brenda_Weksler@fd.org>
Date: July 3, 2017 at 11:24:10 AM PDT
To: "Brenda Weksler" <Brenda_Weksler@fd.org>
Subject: Fw: Brandon Rapolla 302


----- Forwarded by Brenda Weksler/NVF/09/FDO on 07/03/2017 11:24AM -----
To: Steven█████████, Nicholas█████████, Nadi█████████ov,
Erin.█████████ov
From: Brenda Weksler/NVF/09/FDO
Date: 05/30/2017 04:12PM
Subject: Brandon Rapolla 302

Hello everyone,

It is my understanding he was interviewed by the FBI. Could you please provide us that 302?

Thanks,

Brenda.

Brenda Weksler
Assistant Federal Public Defender
Trial Training Director