DAYLE ELIESON
United States Attorney
District of Nevada
STEVEN W. MYHRE
NADIA J. AHMED
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 2:16-CR-46-GMN-PAL |
| Plaintiff, | |
| v. | **Proposed Order Unsealing ECF Filings** |
| **Cliven Bundy, et al.,** | |
| Defendants. | |

The United States submits this proposed order identifying the documents the United States agrees can be unsealed in response to the Intervenors, Las Vegas Review-Journal and Battle Born Media, motion to unseal, ECF 3010.

1

# PROPOSED ORDER

Before the Court is the Intervenors', Las Vegas Review Journal and Battle Born Media, motion to unseal ECF filings, ECF No. 3010.  The Intervenors divided the filings sought to be unsealed into three tiers – Tiers 1, 2, and 3.  As ordered by the Court, the government identified the ECF filings in Tier 1 to which it had no objection to being unsealed, ECF 3214.  Based on the government's non-opposition,

IT IS HEREBY ORDERED that the ECF filings identified below shall be unsealed.  Some exhibits identified below shall not be unsealed.

| ECF | Title |
|---|---|
| 746 | Exhibits 3,4,5 |
| 758 | Motion to Seal and Exhibits 3-4-5, if these exhibits are attached to this motion |
| 759 | Notice of Manual Filing (DVD) |
| 1788 | Govt. Response in Opposition to Motion in Limine to Exclude Court Orders and Deposition Testimony Payne, ECF No. 1715 |
| 1795 | Exhibits to Motion for Acquittal, ECF No. 1794 |
| 1796 | Exhibits to Motion for Acquittal, ECF No. 1794 |
| 1810 | Sealed Transcript of Jury Trial on 2/14/17 |
| 1843 | Payne's Reply to Govt. Response in Opposition to Motion in Limine to Exclude Court Orders & Deposition Testimony |
| 1882 | Sealed Transcript of Jury Trial Day 1 |
| 1916 | Payne's Reply to Govt. Response to Motion for Unredacted OIG Report |
| 1931 | Govt. Response to Renewed Motion to Dismiss for Destruction of Evidence or in the Alternative for a Remedial Jury Instruction, ECF No. 1878 |
| 1936 | Exhibits to Motion for Acquittal, ECF No. 1935 |
| 1937 | Exhibits to Motion for Acquittal, ECF No. 1935 |
| 1938 | Exhibits to Motion for Acquittal, ECF No. 1935 |
| 1939 | Exhibits to Motion for Acquittal, ECF No. 1935 |

| | |
|---|---|
| 1940 | Exhibits to Motion for Acquittal, ECF No. 1935 |
| 1941 | Exhibits to Motion for Acquittal, ECF No. 1935 |
| 1942 | Exhibits to Motion for Acquittal, ECF No. 1935 |
| 1972 | Payne's Reply to Govt. Response to ECF No.1878 – Renewed Motion to Dismiss for Destruction of Evidence |
| 2734 | Motion for Joinder to Motion to Dismiss, ECF No. 2727 |
| 2836 | Supplemental Memorandum to Motion to Dismiss, ECF No. 2828, and attached exhibits |
| 2846 | Govt. Response in Opposition to Payne's Motion to Dismiss, ECF No. 2727 |
| 2848 | Motion to Dismiss and Exhibits 1 and 3. **Exhibit 2 remains under seal.** |
| 2856 | Second Motion for Mistrial |
| 2883 | Motion to Dismiss Based on Discovery Provided on November 17, 2017, and Exhibits A,B,C,D,E,F,G,I,J,K,L,M,N,O,P,Q **Exhibit H remains under seal.** |
| 2907 | Supplemental Memorandum in Support of Motion to Dismiss and for Mistrial, ECF No. 2856 |
| 2914 | Response to Motion to Dismiss ECF Nos. 2856, 2833, 2906. **Exhibit A remains under seal.** |
| 2916 | Supplement to Motion to Dismiss, ECF No. 2856 |
| 2941 | Govt. Notice of Correction re: ECF No. 2914 |
| 2954 | Sealed Transcript of Jury Trial Day #14 |
| 2959 | Motion to Dismiss for Continuing Pattern of Brady & Other Discovery Violations and Exhibits A,B,C,D,E,F,H,I,J,K,L **Exhibit G remains under seal** |
| 2998 | Govt. Motion for Leave to File Supplemental Response to ECF No. 2842 Motion to Dismiss |
| 3001 | Exhibit No. 1 to Govt. ECF No. 3000 |
| 3002 | Exhibit No. 2 to Govt. ECF No. 3000 |
| 3003 | Exhibit No. 3 to Govt. ECF No. 3000<br>Exhibit No. 4 to Govt. ECF No. 3000<br>Exhibit No. 5 to Govt. ECF No. 3000 |
| 3004 | Exhibit No. 6 to Govt. ECF No. 3000, **except last page of Exhibit No. 6, bates stamped as GB.020518, remains under seal** |
| 3005 | Notice of Corrected Image re: Govt. Sur Reply to 2856-2883-2906 |

| 3021 | Sealed Subpoena Return re: Payne Subpoena #2921 |
| --- | --- |
| 3027 | Payne's Reply to Govt. Response to ECF Nos. 2856-2833-2906 |
| 3071 | Exhibits to 10/23/17 Evidentiary Hearing re ECF No. 2768 |
| 3083 | Exhibits to Govt. Brief re: Mistrial, ECF No. 3081, and Exhibits 1-5,7-13,15-28<br>(Exhibits 4, 8, 12, 13, 20, 26 were previously filed publicly)<br>**Exhibits 6 and 14 remain under seal** |
| 3088 | Motion for Joinder to Reply, ECF No. 3060, and Motion to Dismiss, ECF No. 3087 |

Respectfully submitted,

DAYLE ELIESON
United States Attorney

*s/Daniel R. Schiess*
STEVEN W. MYHRE
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys

*Attorneys for the United States*

**IT IS SO ORDERED** this 3rd day of May, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing Proposed Order to Unseal ECF Filings was served upon counsel of record via cm/ecf.

**DATED** this 30th day of April, 2018.

                                         *s/Daniel R. Schiess*
                                         DANIEL R. SCHIESS
                                         Assistant United States Attorney