DAYLE ELIESON
United States Attorney
District of Nevada
STEVEN W. MYHRE
NADIA J. AHMED
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**United States of America,**

       **Plaintiff,**

    **v.**

**Cliven Bundy, et al.,**

       **Defendants.**

2:16-CR-46-GMN-PAL

**Second Proposed Order Unsealing ECF Filings**

The United States submits this Second Proposed Order Unsealing the ECF Filings identified in the Tiers 2 and 3 ECF Filings to which the United States has no objection to being unsealed.

1

# PROPOSED ORDER

Before the Court is the Intervenors', Las Vegas Review Journal and Battle Born Media, motion to unseal ECF filings, ECF No. 3010. The Intervenors divided the filings sought to be unsealed into three tiers – Tiers 1, 2, and 3. As ordered by the Court, the government identified the ECF filings in Tier 2 and 3 to which it had no objection to being unsealed, ECF 3248. Based on the government's non-opposition,

IT IS HEREBY ORDERED that the ECF filings identified below shall be unsealed. ~~Some exhibits identified below shall not be unsealed.~~ [Stricken by the court.]

| ECF No. | Description |
|---------|-------------|
| 707 | Exhibits to First Motion to Suppress (ECF No. 706) |
| 709 | Exhibits to Second Motion to Suppress (ECF No. 708) |
| 760 | Notice of Manual Filing (Disk) |
| 956 | Notice of Manual Filing re: Reply to Response (ECF No. 955) (Disk) |
| 1727 | Exhibits to ECF No. 1726 (UCO Interviews of Parker, Stewart, Drexler) |
| 1739 | Motion in Limine Exhibits:<br>A – MOA by Eric Richardson<br>B – FBI 302 Eric Richardson (9/17/15)<br>C – FBI 302 Eric Richardson (4/14/14) |
| 2032 | Jury Notes – Trial 1 |
| 2288 | Jury Notes – Trial 2 |
| 3070 | Jury Notes – Trial 3 |

**IT IS SO ORDERED** this 13th day of June, 2018.

_____
Peggy A. Leen
United States Magistrate Judge