NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Peter.S.Levitt@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY, ET AL.,<br><br>Defendants. | Case No.: 2:16-cr-00046-GMN-PAL<br><br>**MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST** |

COMES NOW, Peter S. Levitt, Assistant United States Attorney, and hereby submits the following Motion to be Removed from the CM/ECF Electronic Notice List in this case. Undersigned counsel filed [3416] Notice of Withdrawal on January 15, 2019.

DATED: January 18, 2019

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Peter S. Levitt*

PETER S. LEVITT
Assistant United States Attorney

**IT IS SO ORDERED** this 23rd day of January, 2019.

_____
Peggy A. Leen
United States Magistrate Judge

1