ALINA M. SHELL, ESQ.
Nevada Bar No. 11711
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
ashell@atllp.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLIVEN D. BUNDY, et al.<br><br>  Defendant. | Case No.:  2:16-cr-00046-GMN-NJK<br><br>**MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST** |

The undersigned hereby requests to be removed from the CM/ECF Electronic Notice List.

Dated this 28th day of October, 2021.     ARMSTRONG TEASDALE LLP


By: /s/ *Alina M. Shell*
ALINA M. SHELL, ESQ.
Nevada Bar No. 11711
3770 Howard Hughes Parkway, Suite 200 Las Vegas, Nevada 89169

IT IS SO ORDERED.
Dated:  October 29, 2021
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

1